# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

161359

SUSAN MICKELS,
      Plaintiff-Appellee,

v

SUBURBAN MOBILITY AUTHORITY
FOR REGIONAL TRANSPORTATION,
a/k/a SMART,
      Defendant-Appellant,

and

D. MACRO CONTRACTORS, INC.,
      Defendant/Cross-Defendant,

and

CB ASPHALT MAINTENANCE, LLC,
      Defendant,

and

POCO, INC.,
      Defendant/Cross-Plaintiff.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 161359
COA: 344977
Wayne CC: 16-013725-NI

On order of the Court, the application for leave to appeal the February 4, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



a0317

Clerk